The People of the State of Illinois ex rel. Thomas F. Myers, Jr., appellee, v. North Shore Park District of Cook County et al., appellants. Gen. No. 36,599.

Opinion filed December 13, 1933.

Kopald, Weinshenk & Katz, for appellants; Maurice T. Weinshenk and Sidney D. Missner, of counsel. Louis D. David, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

The People of the State of Illinois ex rel. John Wikstrom, defendant in error; v. James M. Feron, plaintiff in error. Gen. No. 36,950.

Opinion filed December 14, 1933.

Michael L. Carmody, for plaintiff in error. L. A. Wescott, for defendant in error. Robert E. Cantwell, Jr., *amicus curiae*.

Mr. Justice McSurely delivered the opinion of the court.

S. Mathosian et al., appellants, v. B. Kevorkian et al., appellees. Gen. No. 36,547.

Opinion filed December 29, 1933.

M. M. Gross, for appellants; Henry L. Graf, of counsel. William J. McGah, for appellees.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

O. A. Christensen, complainant, v. Ray Peters et al., defendants. August S. Fritz, appellant, v. Walter T. Larson, appellee. Gen. No. 36,625.

Opinion filed December 29, 1933.

Augustine L. Schaf, for appellant; Millard R. Powers, of counsel. De Witt B. Bayer, for appellee; Norman Asher, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.